[No. 12945–7–I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD JAMES HOLESTINE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–00403–5, John F. Wilson, J., entered April 5, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Andersen, JJ.

[No. 12958–9–I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BETTY JEAN CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03012–7, Norman W. Quinn, J., entered March 24, 1983. *Affirmed* by unpublished opinion per Corbett, A.C.J., concurred in by Swanson and Scholfield, JJ.

[No. 13125–7–I. Division One. April 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. FRISBEE EDWARD THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–00449–9, Jack Richey, J. Pro Tem., entered April 28, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Andersen, JJ.